



Federal Communications Commission
Washington, D.C. 20554

May 30, 2013

Mark J. Langer, Clerk
United States Court of Appeals
for the District of Columbia Circuit
333 Constitution Avenue, N.W. Room 5523
Washington, D.C. 20001

Re: *Verizon v. FCC*, No. 11-1355

Dear Mr. Langer,

In its letter of May 22, 2013, Verizon incorrectly claims that the decision in *National Ass'n of Manufacturers v. NLRB*, No. 12-5068 (May 7, 2013), "forecloses" the FCC's argument that the Open Internet rules are consistent with the First Amendment.

The Court in *NLRB* struck down a requirement that employers post a notification of collective bargaining rights. The notice was written by the government, with a list of required statements in a specified format. Slip op. 2, 4. Thus, "the government selected the message and ordered its citizens to convey that message." *Id*. 17-18. Because employers "object[ed] to the message the government has ordered them to publish," *id*. 19, the Court found the notification tantamount to compelled speech, like a compulsory flag salute or the mandatory display of a license-plate motto.

The Open Internet rules do not resemble that regulation. Broadband providers need not convey any specific message, let alone a government-designated one. Providers must only refrain from blocking access to web sites of their customers' choice. Indeed, because Internet access service serves principally as a conduit for Internet content, broadband providers are not speakers at all. Verizon has defended itself against subpoenas on that very ground. FCC Br. 69. The Open Internet rules thus affect only the *conduct* of Internet service providers, not their *speech*. FCC Br. 69-71. *NLRB* does not address such a situation. This case is far closer to *Rumsfeld v. FAIR*, 547 U.S. 47 (2006), which upheld an

analogous requirement of access by military recruiters to school facilities. *See* FCC Br. 70.

The *NLRB* panel recognized that, in the absence of compulsory government-devised messages, a "compelled speech violation" could occur only when "the complaining speaker's own message was affected by the speech it was forced to accommodate." Slip op. 20, quoting *FAIR*, 547 U.S. at 63. The Open Internet rules do not implicate that principle because Verizon remains free to convey any content of its choice on its facilities, to host its own website, or to provide edited services reflecting Verizon's choice of content. FCC Br. 71.

Respectfully submitted,

/s/ Joel Marcus

Joel Marcus
Counsel

cc: all counsel per attached service list

# CERTIFICATE OF SERVICE

I, Joel Marcus hereby certify that on May 30, 2013, I electronically filed the foregoing Letter with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Others, marked with an asterisk, will receive service by mail unless another attorney for the same party is receiving service through CM/ECF.

Helgi C. Walker
Eve K. Reed
William S. Consovoy
Brett A. Shumate
Wiley Rein LLP
1776 K Street, N.W.
Washington, D.C. 20006
*Counsel for: Verizon*

Michael E. Glover
Edward Shakin
William H. Johnson
Verizon
1320 North Courthouse Road
9th Floor
Arlington, VA 22201
*Counsel for: Verizon*

John T. Scott, III
William D. Wallace
Verizon Wireless
1300 I Street, N.W.
Suite 400 West
Washington, D.C. 20005
*Counsel for: Verizon*

Walter E. Dellinger
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
*Counsel for: Verizon*

Henry Goldberg
Goldberg, Godles, Wiener & Wright
1229 Nineteenth Street, N.W.
Washington, D.C. 20036
*Counsel for: Open Internet Coalition*

Harold J. Feld
Public knowledge
1818 N Street, N.W.
Suite 410
Washington, D.C. 20036
*Counsel for: Intervenor Public Knowledge*

David Bergman
Law Office of David C. Bergmann
3293 Noreen Drive
Columbus, OH 43221
*Counsel for: NASUCA*

Jeffrey J. Binder
Law Office of Jeffrey Binder
2510 Virginia Avenue, NW
Suite 1107
Washington, DC 20037
*Counsel for: Vonage Holdings Corporation*

*Kurt M. Rogers
Brendan D. Kasper
Vonage Holdings Corp.
23 Main Street
Homdel, NJ 07333
*Counsel for: Vonage Holdings Corporation*

Earle D. Getchell, Jr. Esq.
*Wesley G. Russell, Jr.
Office of the Attorney General, Commonwealth of Virginia
900 East Main Street
Richmond, VA 23219
*Counsel for: Commonwealth of Virginia*

James B. Ramsay
General Counsel
National Association of Regulatory Utility Commissioners
1101 Vermont Avenue, NW
Suite 200
Washington, D.C. 20005
*Counsel for: NARUC*

Genevieve Morelli
ITTA
1101 Vermont Avenue, N.W.
Suite 501
Washington, D.C. 20005
*Counsel for: ITTA*

Ilya Shapiro, Esq.
The Cato Institute
1000 Massachusetts Avenue, NW
Washington, D.C. 20001
*Counsel for: Cato Institute*

Samir C. Jain
Wilmer Cutler Pickering, et al.
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for: Verizon*

John P. Elwood
Vinson & Elkins LLP
2200 Pennsylvania Avenue, NW
Suite 500 West
Washington, D.C. 20037
*Counsel for: Cato Institute, Competitive Enterprise Institute, Free State Foundation, TechFreedom*

Quentin Riegel
Deputy General Counsel
National Association of Manufacturers
1331 Pennsylvania Avenue, NW
North Tower – Suite 1500
Washington, D.C. 20004
*Counsel for: NAM*

Russell P. Hanser
*Bryan N. Tramont
Wilkinson Barker Knauer, LLP
2300 N Street, NW
Suite 700
Washington, D.C. 20037
*Counsel for: NAM*

*Randolph J. May
The Progress & Freedom Foundation
1444 Eye Street, NW
Suite 500
Washington, DC 20005
*Counsel for: Free State Foundation*

*Sam Kazman
Competitive Enterprise Institute
1899 L Street, NW
12th Floor
Washington, D.C. 20036
*Counsel for: Competitive Enterprise Institute*

Andrew J. Schwartzman
Media Access Project
1625 K Street, NW
Suite 1000
Washington, D.C. 20006
*Counsel for: Tim Wu*

Kevin S. Bankston
Emma J. Llanso
Center for Democracy and Technology
1634 I Street, NW
Suite 1100
Washington, D.C. 20006
*Counsel for: Center for Democracy and Technology, Marvin Ammori, Jack M. Balkin, Michael J. Burstein et al.*

John F. Blevins
Loyola University New Orleans College of Law
7214 St. Charles Avenue
Box 901
New Orleans, LA 70118
*Counsel for: Paul Vixie, Leonard Kleinrock, Scott Bradner, et al.*

E.J. Rosenkranz
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019
*Counsel for: Stewart Alsop, Brian Ascher, Brad Burnham, et al.*

Sean H. Donahue
Law Office of Sean H. Donahue
2000 L Street, NW
Suite 808
Washington, D.C. 20036
*Counsel for: National Association of Telecommunications Officers and Advisors, et al.*

R.C. Lawrence
U.S. Attorney's Office
Civil Division
555 4th Street , NW
Washington, D.C. 20530
*Counsel for: U.S.A.*

Nickolai G. Levin
Catherine G. O'Sullivan
Robert J. Wiggers
U.S. Department of Justice
Appellate Section
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
*Counsel for: U.S.A.*

/s/ Joel Marcus

Joel Marcus