# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 11-1355**                                      **September Term, 2012**

FCC-76FR59192

**Filed On: June 25, 2013** [1443321]

Verizon,

       Appellant

   v.

Federal Communications Commission,

       Appellee

------------------------------

Independent Telephone &
Telecommunications Alliance, et al.,
            Intervenors

------------------------------

Consolidated with 11-1356

**O R D E R**

    It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on September 09, 2013, at 9:30 A.M., before Circuit Judges Rogers and Tatel, and Senior Circuit Judge Silberman.

    The time and date of oral argument will not change absent further order of the Court.

    A separate order will be issued regarding the allocation of time for argument.

                                     FOR THE COURT:
                                     Mark J. Langer, Clerk

                      BY:   /s/
                                   Michael C. McGrail
                                   Deputy Clerk

The following forms and notices are available on the Court's website:

Memorandum to Counsel Concerning Cases Set for Oral Argument (Form 71)