# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

No. 11-1355                                                September Term, 2013
FILED ON: JANUARY 14, 2014

VERIZON,
          APPELLANT

v.

FEDERAL COMMUNICATIONS COMMISSION,
          APPELLEE

INDEPENDENT TELEPHONE & TELECOMMUNICATIONS ALLIANCE, ET AL.,
          INTERVENORS

Consolidated with 11-1356

On Petition For Review and Notice of Appeal
of an Order of the Federal Communications Commission

Before: ROGERS and TATEL, *Circuit Judges*, and SILBERMAN, *Senior Circuit Judge*

## J U D G M E N T

This cause came on to be heard on the petition for review and notice of appeal of an Order of the Federal Communications Commission and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the anti-discrimination and anti-blocking rules be vacated and the cases be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

                                         **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                     BY:
                                         /s/
                                         Jennifer M. Clark
                                         Deputy Clerk

Date: January 14, 2014

Opinion for the court filed by Circuit Judge Tatel.
Opinion concurring in part and dissenting in part filed by Senior Circuit Judge Silberman.